# Order

**Michigan Supreme Court**
**Lansing, Michigan**

July 25, 2011

Robert P. Young, Jr.,
Chief Justice

142973

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

PETER SHEFMAN,
      Plaintiff-Appellant,

v

                          SC: 142973
                          COA: 288587
MICHIGAN FARM BUREAU,         Wayne CC: 06-615743-CK
      Defendant-Appellee,

and

KURT SIMON,
      Defendant.

_____/

On order of the Court, the application for leave to appeal the December 21, 2010 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

July 25, 2011

_____
Clerk

p0718